ACCEPTED
03-15-00642-CV
8189200
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 5:07:59 PM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-15-00642-CV**

**IN THE THIRD COURT OF APPEALS
AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/10/2015 5:07:59 PM

JEFFREY D. KYLE
Clerk

**OFFICER DENNIS TUMLINSON,
Appellant,**

**vs.**

**CAROLYN BARNES,
Appellee.**

**APPELLANT'S RESPONSE TO MOTION TO EXTEND
TIME FOR FILING APPELLEE'S BRIEF**

Respectfully Submitted,

DAVID ESCAMILLA
County Attorney, Travis County
Travis County Attorney's Office
P.O. Box 1748
Austin, Texas 78767
Telephone:       (512) 854-9513
Facsimile:        (512) 854-4808
andrew.williams@co.travis.tx.us
pat.kelly@co.travis.tx.us

/s/ Andrew M. Williams
Andrew M. Williams
State Bar No. 24068345
Patrick M. Kelly
State Bar No. 11228000
ATTORNEYS FOR APPELLANT

*DATE: December 10, 2015*

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Travis County Sheriff's Office Senior Certified Peace Officer Dennis Tumlinson (Officer Tumlinson), responds as follows to Motion to Extend Time for Filing Appellee's Brief:

Officer Tumlinson perfected his accelerated interlocutory appeal under Tex. R. App. P. 28.1. The Travis County Clerk filed her record with the Third court of Appeals on October 19, 2015. The court reporter filed her record on October 20, 2015. Officer Tumlinson promptly requested a copy of the Reporter and Clerk's Record and timely filed his brief on November 9, 2015. Pursuant to Tex. R. App. P. § 38.6(b), Appellee's brief was due 20 days after Officer Tumlinson's, because this appeal is an accelerated appeal on in interlocutory order. Appellee's deadline was November 30, 2015, as indicated on the Third Court of Appeals case information website.

Appellee constantly alleges dishonesty and misrepresentations by counsel for Officer Tumlinson; however, she misrepresents the facts in her Motion for Extension of time filed with this court. First, Appellee alleged she timely requested a copy of the record on appeal and that said record was placed in the mail December 4, 2015. Appellee waited over thirty days from the time the records were available to request her copies. Such a request is not timely.

Second, Appellee stated that Officer Tumlinson's counsel failed to respond to

her repeated requests for an extension of time. She further stated in her emails that if "no response is made, she will assume that there is no objection." Mot. to Ext. Time for Filing Appellee's Br., ¶2. Appellee again reiterated that no response was received by counsel in her Certificate of Conference. Mot. to Ext. Time for Filing Appellee's Br., pg. 9. However, she also states that counsel corrected her on the actual due date of her brief and that he agreed to the extension of time. Mot. to Ext. Time for Filing Appellee's Br., ¶16. In reality, Officer Tumlinson's counsel received an email from Appellee on December 9, 2015, demanding a response to prior emails, of which Appellant's counsel was not in receipt. At Appellant's counsel's request, Appellee resent prior emails. Appellant's counsel recognized the previous emails regarding an extension of time had been sent to the incorrect email address, omitting a character. Counsel then advised appellee that she used the incorrect email address on her prior transmittals and reiterated the correct address, just as he had in July 2015. Counsel further advised that the deadline was passed over a week ago and that "we do object to an extension." (Ex. 1, December 9, 2015 email).

As such, Appellee's deadline was ten days prior to her filing of the motion to extend time. Officer Tumlinson is requested said motion to be denied and this matter be submitted on Appellant's Brief alone.

///

Respectfully Submitted,

DAVID ESCAMILLA
County Attorney, Travis County
Travis County Attorney's Office
P.O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

By: /s/ Andrew M. Williams

Andrew M. Williams
State Bar No. 24068345
Patrick M. Kelly
State Bar No. 11228000
**ATTORNEYS FOR APPELLANT**
**DENNIS TUMLINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Appellant's Response to Motion to Extend Time for Filing Appellee's Brief** was served in accordance with the Texas Rules of Appellate Procedure by electronic filing and electronic service on this 10th day of December, 2015, as follows:

*Via Electronic Filing*
Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

*Via Electronic Service*
Carolyn Barnes
419 Indian Trail
Leander, TX 78641
Barnes.legalguidance@gmail.com


/s/ Andrew M. Williams
Andrew M. Williams
Patrick M. Kelly
Assistant County Attorneys

| **From:** | Andrew Williams |
| **To:** | Carolyn Barnes JD PhD |
| **Subject:** | RE: {EXTERNAL} Last chance to object |
| **Date:** | Wednesday, December 09, 2015 2:57:00 PM |
| **Attachments:** | Incorrect email address.msg |

Ms. Barnes,

I agree, it is simple.  You must include the ".") between my first and last name for emails to reach me.  I have previously clarified that in the attached email.

As for your request, your brief was due Nov. 30, 2015.  The deadline passed over a week ago and we do object to an extension.

Andrew M. Williams

Assistant County Attorney

Travis County Attorney's Office

P.O. Box  1748

Austin, Texas 78767

Phone:    (512) 854-9472

Fax:        (512) 854-4808

email:       andrew.williams@traviscountytx.gov<mailto:andrew.williams@traviscountytx.gov>

E-MAIL CONFIDENTIALITY NOTICE -

This transmission may be: (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Carolyn Barnes JD PhD [mailto:barnes.legalguidance@gmail.com]
**Sent:** Wednesday, December 09, 2015 2:48 PM
**To:** Andrew Williams
**Subject:** Re: {EXTERNAL} Last chance to object

I resent all of the.  So, it is real simple and you are just playing games.  I will report to the court that you cannot understand what I am asking and I will quote the emails where I have asked if you agree to extend time for filing my brief.

On Wed, Dec 9, 2015 at 2:39 PM, Carolyn Barnes JD PhD
<barnes.legalguidance@gmail.com> wrote:

# Exhibit 1

On Wed, Dec 9, 2015 at 2:37 PM, Andrew Williams
<Andrew.Williams@traviscountytx.gov> wrote:
I'm sorry, Ms. Barnes.  I am not sure what you are talking about.  I have not received any prior emails from you regarding a request for extension of time on matters concerning Travis County Defendants.  Please resend whatever prior communications or motions you've sent us and I'll reply with our position.  Thank you.


Andrew M. Williams

Assistant County Attorney

Travis County Attorney's Office

P.O. Box  1748

Austin, Texas 78767

Phone:    (512) 854-9472

Fax:        (512) 854-4808

email:     andrew.williams@traviscountytx.gov<mailto:andrew.williams@traviscountytx.gov>


E-MAIL CONFIDENTIALITY NOTICE -

This transmission may be: (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.



**From:** Carolyn Barnes JD PhD [mailto:barnes.legalguidance@gmail.com]
**Sent:** Wednesday, December 09, 2015 11:59 AM
**To:** Andrew Williams
**Subject:** {EXTERNAL} Last chance to object

If I do not receive a response, I will assume you have no objection to the motion for extension of time.

--
Carolyn Barnes
419 Indian Trail
Leander, Tx 78641
281-467-8681 cell

CONFIDENTIALITY NOTICE: The information contained in and transmitted with this e-mail is (a) subject to attorney-client privilege; (b) attorney work product; and (c) confidential. It is intended for the individual(s) or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify CAROLYN BARNES by telephone at 281-467-8681 immediately. Any e-mail erroneously transmitted to you should be immediately deleted by the recipient and/or

returned to the sender by U.S. Mail.

--
Carolyn Barnes
419 Indian Trail
Leander, Tx 78641
281-467-8681 cell

CONFIDENTIALITY NOTICE: The information contained in and transmitted with this e-mail is (a) subject to attorney-client privilege; (b) attorney work product; and (c) confidential. It is intended for the individual(s) or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify CAROLYN BARNES by telephone at 281-467-8681 immediately. Any e-mail erroneously transmitted to you should be immediately deleted by the recipient and/or returned to the sender by U.S. Mail.

--
Carolyn Barnes
419 Indian Trail
Leander, Tx 78641
281-467-8681 cell

CONFIDENTIALITY NOTICE: The information contained in and transmitted with this e-mail is (a) subject to attorney-client privilege; (b) attorney work product; and (c) confidential. It is intended for the individual(s) or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify CAROLYN BARNES by telephone at 281-467-8681 immediately. Any e-mail erroneously transmitted to you should be immediately deleted by the recipient and/or returned to the sender by U.S. Mail.

| From: | Andrew Williams |
|---|---|
| **Sent:** | Tuesday, July 21, 2015 9:24 AM |
| **To:** | 'barnes.legalguidance@gmail.com' |
| **Cc:** | Pat Kelly |
| **Subject:** | Incorrect email address |

Ms. Barnes,

Please note that I am the lead counsel for the Travis County Defendants in your cause number D-1-GN-000877.  I am emailing you to alert you to the incorrect email address to which you have been sending communications and documents.  It appears that you have been leaving out the "." between my first and last names.

Due to that error, I did not receive your previous request to set your Motions for Default.  I apologize for any frustration caused by my not responding to your request.

Please direct all future communications and attempts to confer for setting dates to andrew.williams@traviscountytx.gov.  Continuing to CC my co-counsel, Pat Kelly at pat.kelly@traviscountytx.gov is helpful as well.

Thank you.

Andrew M. Williams
Assistant County Attorney
Travis County Attorney's Office
P.O. Box  1748
Austin, Texas 78767
Phone:    (512) 854-9472
Fax:        (512) 854-4808
email:       andrew.williams@traviscountytx.gov<mailto:andrew.williams@traviscountytx.gov>

E-MAIL CONFIDENTIALITY NOTICE -
This transmission may be: (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.